# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

| | |
|---|---|
| **PLAINTIFFS,** ) | **MDL No.: 2873** |
| ) | |
| **Plaintiffs,** ) | |
| ) | **Civil Action No.:** |
| v. ) | |
| ) | |
| **3M COMPANY f/k/a Minnesota Mining and Manufacturing Company; AGC CHEMICALS AMERICAS INC.; AMEREX CORPORATION; ARKEMA INC.; ARCHROMA U.S. INC.; BASF CORPORATION; BUCKEYE FIRE EQUIPMENT COMPANY; CARRIER GLOBAL CORPORATION; CHEMDESIGN PRODUCTS, INC; CHEMGUARD, INC.; CLARIANT CORPORATION; CORTEVA, INC.; DEEPWATER CHEMICALS, INC.; DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC.; DYNAX CORPORATION; E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise; NATIONAL FOAM, INC.; THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise; THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise; TYCO FIRE PRODUCTS L.P.; UTC FIRE & SECURITY AMERICAS CORPORATION, INC.,** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Master Docket No.: 2:18-mn-2873** **JUDGE RICHARD GERGEL** **DIRECT FILED SHORT FORM COMPLAINT AND JURY DEMAND PURSUANT TO CASE MANAGEMENT ORDER NO. 35** |
| **Defendants.** ) | |
| ) | |
| ) | |

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M Company f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC Chemicals Americas Inc. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Arkema, Inc. |
| Defendant 5 | Archroma U.S., Inc. |
| Defendant 6 | BASF Corporation |
| Defendant 7 | Carrier Global Corporation |
| Defendant 8 | ChemDesign Products, Inc. |
| Defendant 9 | ChemGuard, Inc. |
| Defendant 10 | Clariant Corporation |
| Defendant 11 | Corteva, Inc. |
| Defendant 12 | DeepWater Chemicals, Inc. |
| Defendant 13 | DuPont De Nemours, Inc., f/k/a DowDuPont, Inc. |
| Defendant 14 | Dynax Corporation |
| Defendant 15 | E.I. DuPont De Nemours and Company, individually and as successor in interest to Dupont Chemical Solutions Enterprise |

| Defendant 16 | National Foam, Inc. |
|---|---|
| Defendant 17 | The Chemours Company, individually and as successor in interest to Dupont Chemical Solutions Enterprise |
| Defendant 18 | The Chemours Company FC, LLC, individually and successor in interest to DuPont Chemicals Solutions Enterprise |
| Defendant 19 | Tyco Fire Products, LP |
| Defendant 20 | UTC Fire & Security Americas Corporation, Inc. |
| Defendant 21 | |

**Jurisdiction and Venue**

4. Plaintiff alleges jurisdiction base on:

   a. \_\_ Diversity

   b. \_\_\_ Federal Question

   c. \_X\_ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

   d. \_\_\_ Other: _____

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have otherwise been brought pursuant to 28 U.S.C. § 1391.

**Plaintiff's Allegations of Exposure**

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

   a. Direct exposure to AFFF (i.e. use of handling of AFFF); and/or

   b. Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

   c. Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

### Plaintiff's Alleged Injuries

7. Plaintiffs allege one or more of the following personal injuries as described in Exhibit A:

   a. Kidney Cancer

   b. Testicular Cancer

   c. Thyroid Disease

   d. Ulcerative Colitis

   e. Liver Cancer

   f. Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequala attributable to the injuries alleged above.

### Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

   Count I – Defective Design

   Count II – Failure to Warn

   Count III – Negligence

   Count IV – Negligence Per Se

   Count V – Trespass and Battery

   Count VI – Strict Product Liability

   Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability

   Count VIII – Concealment, Misrepresentation, and Fraud

   Count IX – Conspiracy

   Count X – Wrongful Death

      Count XI – Loss of Consortium

      <u>Other Causes of Action:</u>

      Count XII – Negligent, Intentional, Reckless Infliction of Emotional Distress

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated: September 2, 2025

Respectfully submitted,

Mark M. Abramowitz
Michael P. Trexler
**DiCELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
(440) 953-8888
mabramowitz@dicellolevitt.com
mtrexler@ dicellolevitt.com


*Counsel for Plaintiffs*

| # | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer, testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thryoid cancer) | Causes of Action (please indicate via Count number (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Robert E. Tison | 1/16/1961 | Florida | Middle District of Florida | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2 | Olga Tison | | | | | | | | XI |
| 3 | Robert Faccironti | 4/2/1976 | California | Central District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4 | Robert Jay Clark II | 11/10/1944 | Missouri | Western District of Missouri | Yes | No | No | Ulcerative Colitis; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5 | Robert John Marez | 1/22/1991 | Missouri | Western District of Missouri | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6 | Robert Scott Lyman | 10/13/1960 | Virginia | Western District of Virginia | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7 | Robert Wadley | 7/26/1960 | Florida | Middle District of Florida | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 8 | Terri Wadley | | | | | | | | XI |
| 9 | Robert Wilkerson | 5/11/1955 | Mississippi | Southern District of Mississippi | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 10 | Annie Mae Wilkerson | | | | | | | | XI |
| 11 | Roberto G. Delgado | 4/7/1957 | Texas | Southern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12 | Roger Howard Safford | 6/10/1966 | Florida | Middle District of Florida | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13 | Roger Irving Padgett | 12/7/1951 | New Jersey | District of New Jersey | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14 | Suzanne Padgett | | | | | | | | XI |
| 15 | Ronald Christopher Rios | 6/6/1974 | Arizona | District of Arizona | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16 | Holly Rios | | | | | | | | XI |
| 17 | Ronald Lee | 9/1/1958 | Mississippi | Southern District of Mississippi | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18 | Ronald Lee Hannon | 12/24/1945 | Texas | Southern District of Texas | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19 | Roque Vincent Casasnovas | 5/28/1960 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20 | Ross McDonald | 3/31/1970 | Arizona | District of Arizona | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21 | Laura McDonald | | | | | | | | XI |
| 22 | Roy Francis | 5/12/1961 | New York | Southern District of New York | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23 | Roy Smith | 7/19/1951 | Mississippi | Northern District of Mississippi | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24 | Yolodia Smith | | | | | | | | XI |
| 25 | Russell David Miller | 12/22/1961 | Michigan | Eastern District of Michigan | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26 | Salvador Lopez | 8/27/1971 | California | Central District of California | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27 | Samantha Leijh Miller | 8/5/1983 | Mississippi | Northern District of Mississippi | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28 | Timothy Ewing | | | | | | | | XI |
| 29 | Sammy D. Willhoite | 5/10/1961 | Texas | Southern District of Texas | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30 | Sarah Lynn Rumfelt | 4/6/1980 | Virginia | Eastern District of Virginia | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31 | Jonathan Rumfelt | | | | | | | | XI |
| 32 | Scott Clark | 12/10/1983 | Texas | Eastern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33 | Wendy Clark | | | | | | | | XI |
| 34 | Scott L. Hood | 10/2/1963 | California | Eastern District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 35 | Scott Raymond Fleischmann | 2/15/1968 | Missouri | Eastern District of Missouri | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36 | Sean Patrick Bussing | 9/21/1995 | Indiana | Southern District of Indiana | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 37 | Rhiannon Bussing | | | | | | | | XI |
| 38 | Selena Gayle Patterson | 6/25/1979 | Tennessee | Eastern District of Tennessee | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39 | Seth Adkins | 4/23/1992 | Iowa | Southern District of Iowa | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40 | Alexandria Hadley | | | | | | | | XI |
| 41 | Shane Gable Wagner | 5/5/1963 | Florida | Middle District of Florida | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42 | Shannon Donehoo-Susan | 8/9/1980 | Washington | Western District of Washington | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43 | Christopher John Susan | | | | | | | | XI |
| 44 | Sharie Lynn Lewis | 3/26/1965 | Washington | Western District of Washington | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45 | Kimberly Lewis | | | | | | | | XI |
| 46 | Sheena Maria Nichols | 4/20/1982 | Virginia | Eastern District of Virginia | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47 | Andrew Nichols | | | | | | | | XI |
| 48 | Sheldon Gniech | 10/16/1958 | California | Eastern District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49 | Danielle Gniech | | | | | | | | XI |
| 50 | Shelley T Greene | 1/28/1966 | California | Eastern District of California | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| # | Name | DOB | State | District | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|
| 51 | Shirline Frances Ornac | 12/13/1964 | Texas | Northern District of Texas | No | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52 | Sondra Orchard | 5/21/1979 | Oregon | District of Oregon | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53 | Sonya Alley | 6/18/1973 | Florida | Middle District of Florida | Yes | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54 | Stacy Lyn Hartness | 6/13/1968 | Washington | Western District of Washington | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55 | Stanley Joe Dorn III | 4/1/1945 | Michigan | Western District of Michigan | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56 | Steffany Russell | 3/16/1968 | Missouri | Western District of Missouri | No | Yes | Thyroid Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57 | Richard Russell | | | | | | | XI |
| 58 | Stephan Callas | 6/28/1960 | Florida | Southern District of Florida | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 59 | Stephanie Faletoi | 12/11/1982 | Illinois | Northern District of Illinois | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60 | Stephanie Wilhelm | 1/12/1990 | Texas | Western District of Texas | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61 | Stephen E. Davio | 3/25/1991 | Michigan | Western District of Michigan | Yes | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62 | Stephen Paul Hill | 10/1/1950 | Arizona | District of Arizona | No | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63 | Stephen Thomas Joyce Jr. | 12/4/1979 | Minnesota | District of Minnesota | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64 | Steven Goebel | 4/5/1961 | Florida | Middle District of Florida | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65 | Susan Stern | 7/9/1973 | Florida | Middle District of Florida | No | Yes | Ulcerative Colitis; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66 | Edwin Leo Johnson | 10/25/1981 | Pennsylvania | Middle District of Pennsylvania | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67 | Tabitha Lynne Herring | 7/15/1982 | Oklahoma | Northern District of Oklahoma | Yes | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68 | Tamala Skipwith Truss | 6/11/1980 | Alabama | Northern District of Alabama | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69 | Tamara Jacobs | 11/13/1978 | North Carolina | Eastern District of North Carolina | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 70 | Tamara Lynn Johnson | 12/6/1970 | California | Eastern District of California | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71 | Tammy Lynn Eller | 8/30/1972 | Oklahoma | Western District of Oklahoma | No | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72 | Tawny Ragpee-Wade | 4/23/1984 | California | Eastern District of California | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73 | Terrie Allen Moore | 10/6/1961 | Kentucky | Western District of Kentucky | No | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74 | Terry McConnell | 9/1/1958 | Louisiana | Middle District of Louisiana | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75 | Thomas Edward Brady | 11/19/1956 | Georgia | Southern District of Georgia | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76 | Michelle Carter Brady | | | | | | | XI |
| 77 | Thomas Gilbert Atkins | 8/28/1964 | Washington | Western District of Washington | No | Yes | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78 | Paula Atkins | | | | | | | XI |
| 79 | Thomas L. Deloney | 2/14/1956 | Texas | Eastern District of Texas | No | Yes | Kidney Cancer; Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 80 | Thomas Lee Pope | 2/1/1952 | Arkansas | Eastern District of Arkansas | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81 | Thomas Michael Addy | 9/27/1968 | California | Central District of California | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82 | Thomas Small | 4/21/1959 | Arizona | District of Arizona | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 83 | Thomas Wayne Spencer | 1/2/1960 | Oklahoma | Northern District of Oklahoma | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84 | Tiffany Lynn Williams | 9/12/1975 | North Carolina | Eastern District of North Carolina | No | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85 | Sean Williams | | | | | | | XI |
| 86 | Tiffany Roberts | 7/27/1980 | Georgia | Northern District of Georgia | Yes | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87 | Timothy Holman | 11/7/1970 | Iowa | Northern District of Iowa | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88 | Timothy Michael Gilligan | 5/3/1975 | California | Southern District of California | No | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 89 | Timothy Renegar | 11/11/1986 | Oregon | District of Oregon | No | Yes | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 90 | Timothy Scott | 1/13/1970 | Pennsylvania | Middle District of Pennsylvania | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91 | Laurie Scott | | | | | | | XI |
| 92 | Tisha Lakisha Brown-Gonzalez | 3/30/1978 | Texas | Western District of Texas | No | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 93 | Todd G. Buckmaster | 6/5/1975 | Oregon | District of Oregon | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94 | Tony Hendricks | 11/12/1958 | Texas | Western District of Texas | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95 | Tracy L. Hill | 6/27/1968 | Michigan | Eastern District of Michigan | No | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96 | Travis B Ravizee | 11/29/1971 | Kentucky | Eastern District of Kentucky | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 97 | Travis Clinton Johnson | 9/19/1974 | Tennessee | Eastern District of Tennessee | No | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 98 | Carrie Johnson | | | | | | | XI |
| 99 | Troy Andre Lott | 9/16/1968 | Texas | Southern District of Texas | Yes | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100 | Kimberlyn Lott | | | | | | | XI |
| 101 | Troy Don Owens | 11/14/1983 | Arkansas | Western District of Arkansas | Yes | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102 | Troy Trendell Trotter | 1/6/1962 | Virginia | Eastern District of Virginia | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103 | Valerie Trotter | | | | | | | XI |
| 104 | Tyree McReynolds | 11/25/1965 | Georgia | Northern District of Georgia | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105 | Valerie Marissa Lancy | 2/26/1988 | Florida | Northern District of Florida | No | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 106 | Vernon James Wallace | 6/14/1957 | Texas | Western District of Texas | Yes | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 107 | Vicente Ochoa | 6/11/1954 | Texas | Southern District of Texas | Yes | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108 | Delia Ochoa | | | | | | | XI |
| 109 | Vicki Y Johnson | 3/6/1961 | Virginia | Eastern District of Virginia | No | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| # | Name | DOB | State | District | Col1 | Col2 | Col3 | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 110 | Vicky Morrison | 4/24/1984 | Louisiana | Eastern District of Louisiana | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 111 | Kyle Morrison | | | | | | | | XI |
| 112 | Vincent Davis | 5/6/1986 | Tennessee | Middle District of Tennessee | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113 | Vinson O'neal Smith | 10/31/1982 | Texas | Southern District of Texas | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 114 | Alyssa Smith | | | | | | | | XI |
| 115 | Wallace Earle Barton | 1/11/1985 | Florida | Middle District of Florida | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 116 | Walter Frances Balkiewicz | 9/24/1960 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 117 | Wayne Keith Dowd | 9/21/1963 | Colorado | District of Colorado | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 118 | Wendy N Broadnax | 9/6/1974 | Mississippi | Southern District of Mississippi | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 119 | Floyd Broadnax | | | | | | | | XI |
| 120 | Wesley Butler | 8/7/1962 | Illinois | Northern District of Illinois | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 121 | Dionne Butler | | | | | | | | XI |
| 122 | Weston Miles Lather | 2/11/1982 | New York | Eastern District of New York | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 123 | William Allen Wallen | 7/20/1983 | New York | Northern District of New York | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124 | William Harris | 9/17/1962 | California | Central District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 125 | William John Hoff | 8/20/1965 | Delaware | District of Delaware | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 126 | William Kenneth Merkler | 10/21/1972 | Ohio | Northern District of Ohio | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 127 | William M Gaitley | 7/23/1953 | Georgia | Southern District of Georgia | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 128 | William Riley | 4/17/1973 | Georgia | Middle District of Georgia | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 129 | William Tures | 10/2/1985 | Virginia | Eastern District of Virginia | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 130 | William Watkins Jr | 2/10/1954 | New Jersey | District of New Jersey | Yes | No | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 131 | Willie Cooper | 6/27/1961 | Texas | Southern District of Texas | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 132 | Willie Howard Dansler | 9/18/1970 | California | Central District of California | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 133 | Willie James Meeds | 12/21/1969 | Texas | Eastern District of Texas | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 134 | Willie Marshall | 9/21/1974 | North Carolina | Middle District of North Carolina | No | Yes | No | Testicular Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 135 | Yaremi Boza | 3/22/1988 | Florida | Middle District of Florida | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 136 | Yasmin Toro Serrano | 6/23/1974 | Texas | Southern District of Texas | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 137 | Yulonda Clark | 4/24/1965 | Texas | Western District of Texas | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |